# Exhibit A

UBS PaineWebber / GE Stock Option Services

Home | Grant Info | Vesting Info | Exercise Options | Review Orders
Other Functions | Library | Modeling | Help | Log Out

# DAVID ROY

1-518-388-7588

## Grant Information

GE Stock Price $23.90 - March 10, 2003 10:39AM EST
For additional details on a specific grant (e.g., Vesting Information and Exercise History), click on its "Grant Date."

| Grant Date | Expiration Date | Option Price | Options Granted | Options Exercised/ Cancelled | Options Outstanding | Shares Pending Execution* |
|---|---|---|---|---|---|---|
| 03/15/1991 | 03/15/2001 | $5.7187 | 6,000 | 6,000 | 0 | 0 |
| 02/10/1995 | 03/01/2004 | $8.6875 | 3,000 | 500 | 2,500 | 0 |
| 07/16/1996 | 03/01/2004 | $13.4791 | 9,000 | 0 | 9,000 | 0 |
| 12/12/1997 | 03/01/2004 | $24.0833 | 3,000 | 0 | 3,000 | 0 |
| | | Totals: | 21,000 | 6,500 | 14,500 | 0 |

## Potential Value of Options

| Grant Date | Expiration Date | Shares Pending Execution* | Options Exercisable | Options Non-Exercisable | Pending* and Exercisable Value at $23.90 | Non-Exercisable Value at $23.90 |
|---|---|---|---|---|---|---|
| 03/15/1991 | 03/15/2001 | 0 | 0 | 0 | $0.00 | $0.00 |
| 02/10/1995 | 03/01/2004 | 0 | 2,500 | 0 | $38,031.25 | $0.00 |
| 07/16/1996 | 03/01/2004 | 0 | 9,000 | 0 | $93,788.10 | $0.00 |
| 12/12/1997 | 03/01/2004 | 0 | 3,000 | 0 | $0.00 | $0.00 |
| | Totals: | 0 | 14,500 | 0 | $131,819.35 | $0.00 |
| | | | | | Total Outstanding Options Value: | $131,819.35 |

*Valuation of shares pending execution is based on the illustrated price and not on the execution or limit price. Shares Pending Execution include shares that are part of Pending Orders, as well as orders which were executed today.

Values shown are based on the stock price as indicated and do not reflect deductions for applicable taxes, commissions and fees. All awards shown are subject to the terms of the grants of such awards and of the Plan under which the grants were made. Termination of employment will affect the ability of being exercised and the expiration of your Options. Click here for more detailed information.

Information displayed reflects 12 years of grant and applicable exercise history as maintained in the General Electric Company's records. All historical data is shown on a split-adjusted basis. GE reserves the right to make corrections to this data.



UBS PaineWebber Statement of Financial Condition | Privacy Statement
For navigation issues or access problems please contact GE Options.

# Exhibit B

**General Electric**
**3135 Easton Turnpike**
**Fairfield, CT 06828-001**

David M. Roy
111 Finch Lane
Saunderstown, RI 02874
401-294-2032

February 16, 2004

Mr. William J. Conaty

Dear Sir :

I am writing to you because of several issues I have with my GE Benefits since my layoff from GE on September 14, 2001.

First and most serious is the set of options I had upon termination amounting to 14,500 shares that would have expired on 3/14/2003. I checked to exercise these options and was told that they would not expire until 3/01/2004. I have enclosed a screen-shot of the UBS Paine Webber GE Stock Option Services page for my account dated 3/10/2003. Subsequently this account has been terminated and I no longer have access to it.

Let me explain the confusion around my severance. I was offered a Separation Package from GE Capital ITS that if accepted would have extended the expiration date to 4/26/2003. This is the only information I ever received in regards to the status of my benefits. I declined this package because it put my 24 weeks of salary continuance at risk if I even worked 1 hour for anyone (Scott Mayer's email response).

I read the Stock Option Guidelines and they state "All exercisable Options are then generally exercisable until 1 year after termination of service." I figured due to the 9/11/2001 situation that I was given a longer period. I had tried to go into my online account in December and find I no longer have access to this or through the phone access line.

If the company provided information was Accurate and Clear, I could have exercised my options in the time allowed for $128,950.35.

This alone is not the only issue with GE Executive compensation. I participated in the GE 2000 Executive Deferred Salary Plan and elected the 20-year annuity. This plan's guide states that the March following the year of termination the payout will begin. I have received no payment as of this date.

Lastly I have accounts in GE S&S, and two GE Capital 401K's. I have been able to change my current address for GE S&S and for the GE Capital Fleet Services 401K through online services (February 17, 2003). The GE Capital ITS 401K requires GE to change the address, even though the same company as the GE Fleet Services account manages it. I have made two phone requests and sent a letter in February 2003 to have this address updated with no action yet.

I am requesting that you have the Stock Option issue, the Deferred Salary payments and the 401K address change corrected.

Sincerely,

David M. Roy
SSN: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

UBS PaineWebber / GE Stock Option Services

Home | Grant Info | Vesting Info | Exercise Options | Review Orders
Other Functions | Library | Modeling | Help | Log Out

**DAVID ROY** 1-518-388-7588

# Grant Information

GE Stock Price $23.90 - March 10, 2003 10:39AM EST
For additional details on a specific grant (e.g., Vesting Information and Exercise History), click on its "Grant Date."

| Grant Date | Expiration Date | Option Price | Options Granted | Options Exercised/ Cancelled | Options Outstanding | Shares Pending Execution* |
|---|---|---|---|---|---|---|
| 03/15/1991 | 03/15/2001 | $5.7187 | 6,000 | 6,000 | 0 | 0 |
| 02/10/1995 | 03/01/2004 | $8.6875 | 3,000 | 500 | 2,500 | 0 |
| 07/16/1996 | 03/01/2004 | $13.4791 | 9,000 | 0 | 9,000 | 0 |
| 12/12/1997 | 03/01/2004 | $24.0833 | 3,000 | 0 | 3,000 | 0 |
| | | Totals: | 21,000 | 6,500 | 14,500 | 0 |

# Potential Value of Options

| Grant Date | Expiration Date | Shares Pending Execution* | Options Exercisable | Options Non-Exercisable | Pending* and Exercisable Value at $23.90 | Non-Exercisable Value at $23.90 |
|---|---|---|---|---|---|---|
| 03/15/1991 | 03/15/2001 | 0 | 0 | 0 | $0.00 | $0.00 |
| 02/10/1995 | 03/01/2004 | 0 | 2,500 | 0 | $38,031.25 | $0.00 |
| 07/16/1996 | 03/01/2004 | 0 | 9,000 | 0 | $93,788.10 | $0.00 |
| 12/12/1997 | 03/01/2004 | 0 | 3,000 | 0 | $0.00 | $0.00 |
| | Totals: | 0 | 14,500 | 0 | $131,819.35 | $0.00 |
| | | | | | Total Outstanding Options Value: | $131,819.35 |

*Valuation of shares pending execution is based on the illustrated price and not on the execution or limit price. Shares Pending Execution include shares that are part of Pending Orders, as well as orders which were executed today.

Values shown are based on the stock price as indicated and do not reflect deductions for applicable taxes, commissions and fees. All awards shown are subject to the terms of the grants of such awards and of the Plan under which the grants were made. Termination of employment will affect the ability of being exercised and the expiration of your Options. Click here for more detailed information.

Information displayed reflects 12 years of grant and applicable exercise history as maintained in the General Electric Company's records. All historical data is shown on a split-adjusted basis. GE reserves the right to make corrections to this data.



UBS PaineWebber Statement of Financial Condition | Privacy Statement
For navigation issues or access problems please contact GE Options.