UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID ROY<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>UBS FINANCIAL SERVICES, INC., f/k/a<br>UBS PAINE WEBBER, INC.,<br>And various John and Jane Does,<br>Alias, and John Doe Corporations,<br>Alias,<br><br>Defendants. | : | C.A. No. 07-107 S |

**STIPULATION**

Plaintiff David Roy and Defendant General Electric Company hereby stipulate and agree, pursuant to Local Civil Rule 29(b), that the time for Defendant General Electric Company to answer or otherwise respond to Plaintiff's Complaint is hereby extended until May 18, 2007.

DAVID ROY
By his Attorneys,

*/s/ William M. Kolb*
WILLIAM M. KOLB, ESQ. (#3664)
One Ship Street
Providence, RI 02903
Tel: (401) 490-8297
Fax: (401) 490-8299
Dated: April 17, 2007

GENERAL ELECTRIC COMPANY
By its Attorneys,

*/s/ David A. Wollin*
DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: April 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2007, I did send a true copy of the within document by electronic means (ECF) to the following:

William M. Kolb, Esq.
One Ship Street
Providence, RI 02903

Christine M. Curley, Esq.
275 Beacon Drive
North Kingstown, RI 02852

*/s/ David A. Wollin*

414777_1.doc