UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID ROY | : | |
| | : | C. A. No. 07-107S |
| VS. | : | |
| | : | |
| GENERAL ELECTRIC COMPANY | : | |
| UBS FINANCIAL SERVICES, INC., f/k/a | : | |
| UBS PAINE WEBBER, INC. and various | : | |
| John and Jane Does, Alias, and John Doe | : | |
| Corporation, Alias | : | |

**ENTRY OF APPEARANCE**

Robert M. Duffy, Esq., of Duffy Sweeney & Scott, LTD hereby enters his appearance on behalf of Defendant, UBS FINANCIAL SERVICES, INC. f/k/a UBS PAINE WEBBER, INC., in the above-referenced matter.

UBS FINANCIAL SERVICES, INC.
f/k/a UBS PAINE WEBBER, INC.
By Its Attorneys

/s/ Robert M. Duffy, Esq.

Robert M. Duffy, Esq. (#4428)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
rduffy@duffysweeney.com

CERTIFICATION

I hereby certify that the within ***Appearance*** was filed through the ECF system on the 19th day of April, 2007, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

William M. Kolb, Esq.
Law Offices of William M. Kolb, Esq., LLC
One Ship Street
Providence, RI 02903

Christine M. Curley, Esq.
275 Beacon Drive
North Kingstown, RI 02852

/s/ Robert M. Duffy
Robert M. Duffy, Esq.

H:\Clients\UBS\Roy\Stipulation (Extend Time to Answer).doc