UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID ROY | : | C. A. No. 07-107S |
| VS. | : | |
| GENERAL ELECTRIC COMPANY UBS FINANCIAL SERVICES, INC., f/k/a UBS PAINE WEBBER, INC. and various John and Jane Does, Alias, and John Doe Corporation, Alias | : | |

**STIPULATION**

Plaintiff, David Roy, and Defendant, UBS Financial Services, Inc., f/k/a UBS Paine Webber, Inc., by and through their undersigned counsel, hereby stipulate and agree that Defendant shall have up to and including May 17, 2007 to answer or otherwise respond to the Complaint.

DAVID ROY
By his Attorneys,

/s/ William M. Kolb
William M. Kolb, Esq. (#3664)
Law Offices of William M. Kolb, Esq., LLC
One Ship Street
Providence, RI 02903
Phone: (401) 490-8297
Fax: (401) 490-8299

/s/ Christine M. Curley
Christine M. Curley (#4529)
275 Beacon Drive
North Kingstown, RI 02852
Phone: (401) 294-0847
Fax: (401) 294-0849

UBS FINANCIAL SERVICES, INC. f/k/a
UBS PAINE WEBBER, INC.
By Its Attorneys,

/s/ Robert M. Duffy
Robert M. Duffy, Esq. (#4428)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
Phone: (401) 455-0700
Fax: (401) 455-0701
rduffy@duffysweeney.com

CERTIFICATION

I hereby certify that the within ***STIPULATION*** was filed through the ECF system on the 19th day of April, 2007, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

William M. Kolb, Esq.
Law Offices of William M. Kolb, Esq., LLC
One Ship Street
Providence, RI 02903

Christine M. Curley, Esq.
275 Beacon Drive
North Kingstown, RI 02852

/s/ Robert M. Duffy

H:\Clients\UBS\Roy\Stipulation (Extend Time to Answer).doc