UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID ROY,<br>*Plaintiff,*<br><br>VS.<br><br>GENERAL ELECTRIC COMPANY, UBS FINANCIAL SERVICES INC., f/k/a UBS PAINE WEBBER, INC. and various John and Jane Does, Alias, and John Doe Corporation, Alias,<br><br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C. A. No. 07-107S |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND**

Pursuant to Fed. R. Civ. P. 6(b), defendant UBS Financial Services, Inc. ("UBS"), by and through undersigned counsel, hereby moves to extend the time to answer or otherwise respond to the Complaint filed by plaintiff, David Roy. UBS's response is currently due on May 17, 2007. UBS respectfully requests an eight day extension within which to file a response, up to and including May 25, 2007. In support of its motion, UBS states that additional time is needed to consider and respond to Plaintiff's claims due to the business travel of its counsel and representatives of UBS with knowledge of the relevant facts. Plaintiff's counsel, William M. Kolb, assents to this motion.

DAVID ROY

By his Attorneys,

/s/ William M. Kolb
William M. Kolb, Esq. (#3664)
Law Offices of William M. Kolb, Esq., LLC
One Ship Street
Providence, RI 02903
Phone: (401) 490-8297
Fax: (401) 490-8299

UBS FINANCIAL SERVICES, INC. f/k/a

UBS PAINE WEBBER, INC.
By Its Attorneys,

/s/ Robert M. Duffy
Robert M. Duffy, Esq. (#4428)
Rachelle R. Green, Esq. (#5870)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
Phone: (401) 455-0700
Fax: (401) 455-0701
*rduffy@duffysweeney.com*

CERTIFICATION

I hereby certify that the within *Assented To Motion To Extend Time To Respond* as filed through the ECF system on the 15th day of May, 2007, will be sent electronically to the counsel named below, who are registered participants identified on the Notice of Electronic Filing:

William M. Kolb, Esq.
Law Offices of William M. Kolb, Esq., LLC
One Ship Street
Providence, RI 02903

Christine M. Curley, Esq.
275 Beacon Drive
North Kingstown, RI 02852

/s/ Robert M. Duffy

*H:\Clients\UBS\Roy\AssentedtoMotiontoExtendTimetoRespond.doc*