UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID ROY | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-107 S |
| | : | |
| GENERAL ELECTRIC COMPANY, | : | |
| UBS FINANCIAL SERVICES, INC., f/k/a | : | |
| UBS PAINE WEBBER, INC., | : | |
| And various John and Jane Does, | : | |
| Alias, and John Doe Corporations, | : | |
| Alias, | : | |
| | : | |
| Defendants. | : | |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND**

Pursuant to Fed. R. Civ. P. 6(b), Defendant General Electric Company ("GE") hereby moves to extend the time to answer or otherwise respond to Plaintiff's complaint. GE's response is currently due May 18, 2007. GE respectfully requests a seven-day extension within which to file a response, up to and including May 25, 2007. In support of its motion, GE states that additional time is needed to consider and respond to Plaintiff's multiple claims in the case. Plaintiff, through counsel, assents to this motion.

GENERAL ELECTRIC COMPANY
By its Attorneys,

*/s/ David A. Wollin*

DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: May 16, 2007

DAVID ROY
By his Attorneys,

*/s/ William M. Kolb*

WILLIAM M. KOLB, ESQ. (#3664)
One Ship Street
Providence, RI 02903
Tel: (401) 490-8297
Fax: (401) 490-8299
Dated: May 16, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May, 2007, I did send a true copy of the within document by electronic means (ECF) to the following:

William M. Kolb, Esq.
One Ship Street
Providence, RI 02903

Christine M. Curley, Esq.
275 Beacon Drive
North Kingstown, RI 02852

Robert Duffy, Esq.
Rachelle R. Green, Esq.
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

*/s/ David A. Wollin*

*417864_1.doc*