UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID ROY | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-107 S |
| | : | |
| GENERAL ELECTRIC COMPANY, | : | |
| UBS FINANCIAL SERVICES, INC., f/k/a | : | |
| UBS PAINE WEBBER, INC., | : | |
| And various John and Jane Does, | : | |
| Alias, and John Doe Corporations, | : | |
| Alias, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT GENERAL ELECTRIC COMPANY'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant General Electric Company hereby states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

GENERAL ELECTRIC COMPANY
By its Attorneys,

*/s/ David A. Wollin*

DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: May 25, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2007, I did send a true copy of the within document by electronic means (ECF) to the following:

William M. Kolb, Esq.
One Ship Street
Providence, RI 02903

Christine M. Curley, Esq.
275 Beacon Drive
North Kingstown, RI 02852

*/s/ David A. Wollin*

417264_1.doc