UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID ROY,<br>*Plaintiff,*<br><br>VS.<br><br>GENERAL ELECTRIC COMPANY<br>UBS FINANCIAL SERVICES INC., f/k/a<br>UBS PAINE WEBBER, INC. and various<br>John and Jane Does, Alias, and John Doe<br>Corporation, Alias<br><br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C. A. No. 07-107S |

**<u>DEFENDANT UBS FINANCIAL SERVICES INC.'S</u>**
**<u>RULE 7.1 CORPORATE DISCLOSURE STATMENT</u>**

Defendant UBS Financial Services Inc. submits this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

UBS Financial Services Inc. is a 100% owned subsidiary of UBS Americas Inc., which is a 100% owned subsidiary of UBS AG. UBS AG is a publicly-traded limited liability company, which is traded on the New York Stock Exchange (Ticker "UBS").

.

Respectfully submitted,

UBS FINANCIAL SERVICES INC.
By its attorneys,

<u>/s/ Rachelle R. Green, Esq.</u>
Robert M. Duffy, Esq. (# 4428)
Rachelle R. Green, Esq. (#5870)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
401) 455-0701-facsimile

Dated: May 25, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within *Defendant UBS Financial Services, Inc.'s Rule 7.1 Corporate Disclosure Statement* was filed through the ECF system on the 25th day of May, 2007, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

***Via Electronic Filing***

William M. Kolb, Esq.
Law Offices of William M. Kolb, Esq., LLC
One Ship Street
Providence, RI 02903

Christine M. Curley, Esq.
275 Beacon Drive
North Kingstown, RI 02852

David A. Wollin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

/s/ Rachelle R. Green

*H:\Clients\UBS\Roy\Pleadings\Rule 7.1 Statement.doc*