**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DAVID ROY, :
*Plaintiff* :
:
v. : C.A. No. 07-107S
:
GENERAL ELECTRIC COMPANY, :
UBS FINANCIAL SERVICES, INC., f/k/a :
UBS PAINE WEBER, INC., :
And various John and Jane Does, :
Alias, and John Doe Corporations, :
Alias, :
*Defendants* :

**ASSENTED TO MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO MOTIONS TO DISMISS**

Plaintiff David Roy hereby moves for an extension of time to respond to the motions to dismiss filed separately by General Electric Company and UBS Financial Services, Inc. up to and including June 28, 2007.

Each of the Defendants have assented to this motion.

Plaintiff,

By his Attorneys,

/s/ William M. Kolb
William M. Kolb, #3664
Law Offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903
401-490-8297
401-490-8299 (fax)

/s/ Christine M. Curley
Christine M. Curley #4529
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
(401) 294-0849 (fax)

**CERTIFICATION**

I hereby certify that the foregoing Assented to Motion for Extension of time to Respond to Motions to Dismiss was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 6th day of June 2007:

David A. Wollin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza
Providence, RI 02903
marc@desistolaw.com

Robert M. Duffy, Esq.
Rachelle R. Green, Esq.
Duffy, Sweeney & Scott, Ltd
One Turks Head Plaza
Providence, RI 02903

/s/ Christine M. Curley