**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVID ROY,<br>*Plaintiff* | : | |
| v. | : | C.A. No. 07-107 S |
| GENERAL ELECTRIC COMPANY,<br>UBS FINANCIAL SERVICES, INC., f/k/a<br>UBS PAINE WEBBER, INC.,<br>And various John and Jane Does,<br>Alias, and John Doe Corporations,<br>Alias,<br>*Defendants* | : | Jury Trial Demanded |

**<u>Assented to Motion for Extension of Time</u>**
**<u>To Respond to Motions to Dismiss</u>**

Plaintiff David Roy hereby moves for an extension of time to respond to the motions to dismiss filed separately by defendants General Electric Company and UBS Financial Services, Inc. up to and including July 16, 2007, due to the withdrawal of co-counsel because of illness.

Each of the defendants has assented to the motion.

Plaintiff,

By His Attorneys,

<u>/s/ William M. Kolb</u>
William M. Kolb, #3664
Law offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903
Tel: 401-490-8297
Fax: 401-490-8299

**Certificate of Service**

I hereby certify that on the 28th day of June, 2007, a true copy of the foregoing was served by electronic means (ECF) upon the following:

David Wollin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Robert M. Duffy, Esq.
Rachelle R, Green, Esq.
Duffy, Sweeney & Scott, Ltd.
One Turks head Place
Providence, RI 02903

/s/William M. Kolb