**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVID ROY,<br>*Plaintiff*<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>UBS FINANCIAL SERVICES, INC., f/k/a<br>UBS PAINE WEBBER, INC.,<br>And various John and Jane Does,<br>Alias, and John Doe Corporations,<br>Alias,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br>C.A. No. 07-107S<br><br><br><br><br><br><br><br>Jury Trial Demanded |

**Plaintiff's Objection to Motions to Dismiss**

Plaintiff David Roy objects to the motions to dismiss of Defendants General Electric Company and UBS Financial Services, Inc. brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. The grounds for Plaintiff's Objection are contained in the memorandum of law which is attached hereto and incorporated by reference herein.

Plaintiff,
By His Attorneys,

/s/ William M. Kolb
William M. Kolb, #3664
Law Offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903
Tel: 401-490-8297
Fax: 401-490-8299

**Certification**

I hereby certify that on the 16th day of July, 2007, a true copy of the foregoing was served by electronic means (ECF) upon the following:

David Wollin, Esq.
Adler, Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI m02903

Robert M. Duffy, Esq.
Rachelle R. Green, Esq.
Duffy, Sweeny & Scott, Ltd.
One Turks Head Place
Providence, RI 02903

/s/ William M. Kolb