UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID ROY,<br>*Plaintiff,*<br><br>VS.<br><br>GENERAL ELECTRIC COMPANY, UBS FINANCIAL SERVICES INC., f/k/a UBS PAINE WEBBER, INC. and various John and Jane Does, Alias, and John Doe Corporation, Alias,<br><br>*Defendants.* | : | C. A. No. 07-107S |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND**

Pursuant to Fed. R. Civ. P. 6(b), defendants UBS Financial Services, Inc. ("UBS") and General Electric Company ("GE Co."), by and through their undersigned counsel, hereby move to extend the time to answer or otherwise respond to the Amended Complaint filed by plaintiff, David Roy, up to and including August 20, 2007. In support of this motion, UBS and GE Co. state that additional time is needed to consider and respond to Plaintiff's claims in the Amended Complaint and plaintiff, through counsel, assents to this motion.

UBS FINANCIAL SERVICES, INC. f/k/a
UBS PAINE WEBBER, INC.

By Its Attorneys,

/s/ Robert M. Duffy
Robert M. Duffy, Esq. (#4428)
Rachelle R. Green, Esq. (#5870)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
Phone: (401) 455-0700
Fax: (401) 455-0701
*rduffy@duffysweeney.com*
*rgreen@duffysweeney.com*

GENERAL ELECTRIC COMPANY

By its Attorneys

/s/ David A. Wollin

David A. Wollin, Esq. (#4950)
Adler Pollock & Sheehan, PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 274-7200
Fax: (401) 351-4607
*DWollin@apslaw.com*

Dated: July 23, 2007

CERTIFICATION

I hereby certify that the within *Assented To Motion To Extend Time To Respond* as filed through the ECF system on the 23rd day of July, 2007, will be sent electronically to the counsel named below, who are registered participants identified on the Notice of Electronic Filing:

William M. Kolb, Esq.
Law Offices of William M. Kolb, Esq., LLC
One Ship Street
Providence, RI 02903

/s/ Robert M. Duffy

*H:\Clients\UBS\Roy\AssentedtoMotiontoExtendTimetoRespond.doc*