**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVID ROY,<br>*Plaintiff*<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>UBS FINANCIAL SERVICES, INC., f/k/a<br>UBS PAINE WEBER, INC.,<br>And various John and Jane Does,<br>Alias, and John Doe Corporations,<br>Alias,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br>C.A. No. 07-107S |

**PLAINTIFF'S OBJECTION TO DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION TO DISMISS AMENDED COMPLAINT**

Plaintiff David Roy hereby objects to the motion to dismiss his Amended Complaint brought by Defendant General Electric Company pursuant to Rule 12 (b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure on the grounds that Plaintiff's Amended Complaint sets forth sufficient factual allegations to state a claim upon which relief may be granted.

In support of his Objection, Plaintiff relies upon the accompanying memorandum of law as well as his Memorandum of Law in Support of Objection to Motions to Dismiss previously filed with this Court, which is incorporated herein by reference.

Plaintiff,
By his Attorneys,

/s/ William M. Kolb
William M. Kolb, #3664
Law Offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903
401-490-8297
401-490-8299 (fax)

**CERTIFICATION**

I hereby certify that the foregoing *PLAINTIFF'S OBJECTION TO DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION TO DISMISS AMENDED COMPLAINT* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 6th day of September 2007:

David A. Wollin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza
Providence, RI 02903

Robert M. Duffy, Esq.
Rachelle R. Green, Esq.
Duffy, Sweeney & Scott, Ltd
One Turks Head Plaza
Providence, RI 02903

/s/ William M. Kolb