UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID ROY,<br>*Plaintiff,*<br><br>VS.<br><br>GENERAL ELECTRIC COMPANY<br>UBS FINANCIAL SERVICES INC., f/k/a<br>UBS PAINE WEBBER, INC. and various<br>John and Jane Does, Alias, and John Doe<br>Corporation, Alias<br><br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C. A. No. 07-107S |

**DEFENDANT UBS FINANCIAL SERVICES INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant UBS Financial Services, Inc. hereby joins in and relies upon the Defendant General Electric Company's Reply Brief in support of its motion to dismiss plaintiff's Amended Complaint.

Respectfully submitted,
UBS FINANCIAL SERVICES INC.
By its attorneys,

/s/ Rachelle R. Green, Esq.
Robert M. Duffy, Esq. (# 4428)
Rachelle R. Green, Esq. (#5870)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: September 20, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within *Defendant UBS Financial Services, Inc.'s Reply in Support of Its Motion to Dismiss Plaintiff's Amended Complaint* was filed through the ECF system on the 20th day of September, 2007, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

***Via Electronic Filing***

William M. Kolb, Esq.
Law Offices of William M. Kolb, Esq., LLC
One Ship Street
Providence, RI 02903

David A. Wollin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

/s/ Rachelle R. Green

*H:\Clients\UBS\Roy\Pleadings\Reply Brief MTD 09-20-07.doc*