UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

David Roy
Plaintiff

V.

Case Number: C.A. NO. 07-107S

General Electric Company,
UBS Financial Services, Inc., f/k/a UBS
Paine Webber, Inc.
Defendants

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, General Electric Company, UBS Financial Services, Inc., f/k/a UBS Paine Webber, Inc. pursuant to the Court's Decision and Order dated April 14, 2008 granting Defendants' Motions to Dismiss and dismissing without prejudice Plaintiff's Amended Complaint.**

**BY ORDER:**

**April 15, 2008**
**Date**

Doreen Baldwin
**Deputy Clerk**